UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-6038**

Case Title: **Linney's Pizza, LLC** vs. **Bd. of Governors of Fed. Rsrv. Sys.**

List all clients you represent in this appeal:

**Linney's Pizza, LLC**

- ■ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

■ Check if a party is represented by more than one attorney.
■ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: Tyler R. Green     Signature: s/ Tyler R. Green

Firm Name: Consovoy McCarthy PLLC

Business Address: 222 S. Main Street, 5th Floor

City/State/Zip: Salt Lake City, UT 84101

Telephone Number (Area Code): (703) 243-9423

Email Address: tyler@consovoymccarthy.com

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---