UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-6038**

Case Title: **Linney's Pizza, LLC** vs. **Board of Governors of the Federal Reser**

List all clients you represent in this appeal:

**The Bank Policy Institute**
**The Clearing House Association L.L.C.**

- ☐ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☑ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Judson O. Littleton**    Signature: s/ **Judson O. Littleton**

Firm Name: **Sullivan & Cromwell LLP**

Business Address: **1700 New York Avenue NW**

City/State/Zip: **Washington, D.C. 20006**

Telephone Number (Area Code): **(202) 956-7500**

Email Address: **littletonj@sullcrom.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.