# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 15, 2025

Mr. Joshua Paul Chadwick
Board of Governors of the Federal Reserve System
20th & Constitution Streets, N.W.
Mail Stop 10
Washington, DC 20551-0000

Mr. Tyler R. Green
Consovoy McCarthy
222 S. Main Street
5th Floor
Salt Lake City, UT 84101

> Re: Case No. 25-6038
> *Linney's Pizza, LLC v. Board of Governors of the Federal Reserve System*
> Originating Case No. 3:22-cv-00071

Dear Counsel,

   Briefing in this case will be held in abeyance temporarily pending a ruling on the motion to intervene. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

                                        Sincerely yours,

                                        s/Kelly Stephens
                                        Case Management Specialist: Jill
                                        Direct Dial No. 513-564-7024

cc: Mr. Frank Hyok Chang
    Mr. Judson Owen Littleton
    Mr. Cody Milner
    Ms. Yvonne Facchina Mizusawa
    Ms. Monika Moore

Mr. Jeffrey Bryan Wall
Mr. Bryan K. Weir