No. 25-6038

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

LINNEY'S PIZZA, LLC,

        *Plaintiff-Appellant,*

v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,

        *Defendant-Appellee.*

On Appeal from the United States District
Court for the Eastern District of Kentucky
No. 3:22-cv-00071 (Van Tatenhove, J.)

**APPELLEE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM'S RESPONSE TO MOTION TO INTERVENE**

Consistent with its posture in the District Court, Appellee Board of Governors of the Federal Reserve System takes no position on the December 5, 2025 Motion to Intervene as Appellees by the Bank Policy Institute and The Clearing House Association L.L.C.

Dated: December 16, 2025		Respectfully submitted,

/s/ *Joshua P. Chadwick*
Joshua P. Chadwick
Assistant General Counsel
Yvonne F. Mizusawa
Yonatan Gelblum
Monika Moore
Senior Counsels
Board of Governors of the
   Federal Reserve System
20th Street and Constitution Avenue, N.W.
Washington, D.C. 20551
joshua.p.chadwick@frb.gov
(202) 263-4835

Attorneys for the Board of Governors of the Federal Reserve System

## CERTIFICATE OF SERVICE

I filed a true and correct copy of the foregoing document with the Clerk of this Court via the CM/ECF system, which will notify all counsel.

Dated: December 16, 2025                              /s/ Joshua P. Chadwick

## CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 41 words when excluding the items in Federal Rule of Appellate Procedure 32(f), according to the count of Microsoft Word. This response also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it was prepared in Times New Roman 14-point font, a proportionally spaced typeface.

/s/ *Joshua P. Chadwick*