No. 25-6038

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Mar 9, 2026
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| LINNEY'S PIZZA, LLC, | ) |
| | ) |
|    Plaintiff - Appellant, | ) |
| | ) |
| v. | )   O R D E R |
| | ) |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, | ) |
| | ) |
|    Defendant - Appellee, | ) |
| | ) |
| and | ) |
| | ) |
| BANK POLICY INSTITUTE; CLEARING HOUSE ASSOCIATION, LLC, | ) |
| | ) |
|    Proposed Intervenors. | ) |

The plaintiff appeals the summary judgment for the defendant in this challenge to a regulation involving debit card fees. The Bank Policy Institute and Clearing House Association, LLC ("Associations"), move to intervene as appellees.

Upon review, the Associations' motion to intervene is REFERRED to the merits panel for consideration along with the principal briefs. The Associations may tender an intervenor brief consistent with the appellee's briefing schedule.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk