UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-6038**

Case Title: Linney's Pizza, LLC _____ vs. Board of Governors of the Federal Reserve System

List all clients you represent in this appeal:

**International Center for Law & Economics**

☐ Appellant      ☐ Petitioner      ☑ Amicus Curiae      ☐ Criminal Justice Act
☐ Appellee       ☐ Respondent      ☐ Intervenor                (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Philip D. Williamson**          Signature: s/ *Philip D. Williamson*

Firm Name: **Taft Stettinius & Hollister LLP**

Business Address: **301 E. Fourth Street, Suite 2800**

City/State/Zip: **Cincinnati, Ohio 45202**

Telephone Number (Area Code): **513-381-2838**

Email Address: **pwilliamson@taftlaw.com**

Please ensure your contact information above matches your PACER contact information.  If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---