No. 25-6038

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

LINNEY'S PIZZA, LLC,

*Plaintiff-Appellant*,

v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,

*Defendant-Appellee*,

and

BANK POLICY INSTITUTE, AND CLEARING HOUSE ASSOCIATION, LLC,

*Proposed Intervenors.*

On Appeal from the United States District Court for the
Eastern District of Kentucky, No. 3:22-cv-00071 (Van Tatenhove, J.)

## MOTION FOR EXTENSION OF TIME
## AND EXPANSION OF THE TYPE-VOLUME LIMITS

Jennifer Kincaid Adams
BLACKBURN DOMENE BURCHETT PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
(502) 371-0586
jadams@bdblawky.com

Tyler R. Green
CONSOVOY MCCARTHY PLLC
222 S. Main St., 5th Fl.
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

Bryan Weir
Frank H. Chang
Cody Ray Milner
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
*Counsel for Appellant*

## MOTION

Plaintiff-Appellant Linney's Pizza, LLC, respectfully moves for a 21-day extension of time to file its reply brief, and also for a 1,500-word expansion of the type-volume limits for its reply brief.

1.  Linney's Pizza filed its opening brief on April 29, 2026; the response brief from the Board of Governors and the brief of the proposed Intervenors were both filed on May 29, 2026. Linney's Pizza's reply brief is currently due on June 22, 2026. With this requested extension, Linney's Pizza's reply brief would be due on July 13, 2026. Counsel for Linney's Pizza has consulted with counsel for the Board of Governors and counsel for the proposed Intervenors, and neither the Board nor proposed Intervenors object to this extension.

Good cause exists for this extension. Linney's Pizza's reply brief must respond not only to the Board's response brief, but also to the brief filed by the proposed Intervenors. The proposed Intervenors continued presence in this case is due solely to their repeated assertion that they offer a different theory of the case than offered by the Board. While Linney's Pizza maintains

1

the position that the proposed Intervenors have no right to intervene on appeal and their arguments are either duplicative or irrelevant to the subject matter of this appeal, Linney's Pizza must nevertheless now respond fully to proposed Intervenors' new set of arguments as well. A brief extension will permit Linney's Pizza to address both briefs fully and will aid the Court's consideration of the issues.

This motion is being filed in good faith and not for the purpose of undue delay. The requested extension will not unduly prolong the Court's proceedings, no argument date has been set that would need to be rescheduled, and no party will be materially prejudiced. And as mentioned, the Board and the proposed Intervenors do not object to this extension of time.

2. For similar reasons, Linney's Pizza respectfully moves to expand the type-volume limit for its reply brief by 1,500 words, for a new total type-volume limit of 8,000 words for the reply brief.

This appeal is complex and multifaceted. The briefs already submitted by Linney's Pizza and the Board of Governors set forth multiple issues

2

involving complex questions of statutory construction. Now, the brief filed by the proposed Intervenors injects additional statutory and constitutional arguments into the mix. Between their two briefs, the Board and the proposed Intervenors have spent nearly 26,000 words opposing the position taken by Linney's Pizza.

Linney's Pizza respectfully submits that a modest enlargement of the word limit for its reply brief will enable a more comprehensive response to the sprawling arguments presented in the Board's and proposed Intervenor's briefs, without materially increasing the overall volume of briefing in this case. Counsel for Linney's Pizza has consulted with counsel for the Board and counsel for the proposed Intervenors, and neither party objects to this expansion of the type-volume limits.

*

For these reasons, Appellant Linney's Pizza respectfully requests a 21-day extension of time, so that its reply brief is due July 13, 2026; and also requests a 1,500-word expansion of the type-volume limit, so that its reply brief may contain up to 8,000 words.

Dated: June 15, 2026                    Respectfully submitted,

                                        /s/ *Tyler R. Green*

Jennifer Kincaid Adams                  Tyler R. Green
BLACKBURN DOMENE BURCHETT               CONSOVOY MCCARTHY PLLC
PLLC                                    222 S. Main St., 5th Fl.
614 W. Main Street, Suite 3000          Salt Lake City, UT 84101
Louisville, KY 40202                    (703) 243-9423
(502) 584-1600                          tyler@consovoymccarthy.com
jadams@bdblawky.com

                                        Bryan Weir
                                        Frank H. Chang
                                        Cody Ray Milner
                                        CONSOVOY MCCARTHY PLLC
                                        1600 Wilson Blvd., Ste. 700
                                        Arlington, VA 22209
                                        (703) 243-9423
                                        bryan@consovoymccarthy.com
                                        frank@consovoymccarthy.com
                                        cody@consovoymccarthy.com


                    *Counsel for Appellant*

4

## Certificate of Compliance

This motion complies with Rule 27(d)(2) because it contains 528 words, excluding the parts that can be excluded. This motion also complies with Rule 32(a)(5)-(6) because it was prepared using Microsoft Word in 14-point Palatino Linotype font.

Dated: June 15, 2026                                  */s/ Tyler R. Green*
                                                       Counsel for Appellant


## Certificate of Service

I filed this motion via ECF, which will email everyone requiring notice.

Dated: June 15, 2026                                  */s/ Tyler R. Green*
                                                       Counsel for Appellant

5