No. 25-6038

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

LINNEY'S PIZZA, LLC,

*Plaintiff-Appellant*,

v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM,

*Defendant-Appellee*,

and

BANK POLICY INSTITUTE, AND CLEARING HOUSE ASSOCIATION, LLC,

*Proposed Intervenors.*

On Appeal from the United States District Court for the
Eastern District of Kentucky, No. 3:22-cv-00071 (Van Tatenhove, J.)

**APPELLANT'S OPPOSITION TO MOTION TO
FILE UNTIMELY AMICUS BRIEF**

Jennifer Kincaid Adams
BLACKBURN DOMENE BURCHETT PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
(502) 371-0586
jadams@bdblawky.com

Tyler R. Green
CONSOVOY MCCARTHY PLLC
222 S. Main St., 5th Fl.
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

Bryan Weir
Frank H. Chang
Cody Ray Milner
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
*Counsel for Appellant*

**RESPONSE IN OPPOSITION**

The Southwest Public Policy Institute, Taxpayers Protection Alliance Foundation, and Pinpoint Policy Institute have moved for leave to file an untimely amicus brief. Appellant Linney's Pizza, LLC, respectfully opposes that motion for two reasons: (1) the proposed brief is untimely under Rule 29(a)(6) of the Federal Rules of Appellate Procedure and counsel identified no circumstance beyond its control that prevented timely filing, and (2) the proposed brief is duplicative of briefing already before the Court. The interest in amicus participation does not excuse compliance with the rules governing the amicus process. The Court should deny leave to file the untimely amicus brief.

*First*, the motion filed by proposed amici is untimely. Rule 29(a)(6) requires an amicus to file its brief "no later than 7 days after the principal brief of the party being supported is filed." Proposed amici seek to support the position taken by the Board of Governors, but the Board's brief was due and filed on May 29, 2026. The corresponding deadline for amicus briefs supporting the Board was therefore June 5, 2026. Proposed amici missed that

deadline, and their motion to file an out-of-time brief identifies no cause for the delay other than counsel's own errors under this Court's rules.

The timing rules of Rule 29 are not mere formalities. While this Court may certainly permit late filings in exceptional circumstances, excusing the proposed amici's tardiness here would be unfair to the amici who complied with the Rule and filed on time. Rules followed by some but waived for others are not rules—they are suggestions.

*Second*, the proposed brief adds nothing to the materials already before the Court. An amicus brief is helpful when it brings to the Court's attention "relevant" arguments that the existing parties have not already addressed. Rule 29(a)(3)(B); *see also Free Speech Coal., Inc. v. Skrmetti*, 2025 WL 512049, at *1 (6th Cir. Jan. 13, 2025). The proposed brief does not. Linney's Pizza has already consented to ten timely amicus briefs that support the Board's position. These proposed amici claim that their brief presents "distinct constitutional arguments," *see* Mot. at 2, but those exact arguments have already been discussed at length in the brief submitted by the proposed Intervenors. *Compare* Proposed Amicus Br. at 17 (presenting a Takings

Clause argument), *with* Intervenors Br. at 32-34 (presenting a Takings Clause argument). A brief that merely repeats what is already on file does not assist the Court, nor does it contribute to the orderly resolution of this case.

Proposed amici failed to comply with Rule 29(a)(6) and seek to file a brief that duplicates arguments already before the Court. This Court should deny the motion for leave to file the untimely amicus brief.

Dated: June 15, 2026

Respectfully submitted,

Jennifer Kincaid Adams
BLACKBURN DOMENE BURCHETT PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
(502) 584-1600
jadams@bdblawky.com

*/s/ Tyler R. Green*
Tyler R. Green
CONSOVOY MCCARTHY PLLC
222 S. Main St., 5th Fl.
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

Bryan Weir
Frank H. Chang
Cody Ray Milner
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
bryan@consovoymccarthy.com
frank@consovoymccarthy.com
cody@consovoymccarthy.com

*Counsel for Appellant*

3

## Certificate of Compliance

This document complies with Rule 27(d)(2) because it contains 452 words, excluding the parts that can be excluded. This motion also complies with Rule 32(a)(5)-(6) because it was prepared using Microsoft Word in 14-point Palatino Linotype font.

Dated: June 15, 2026                                    */s/ Tyler R. Green*
                                                        Counsel for Appellant


## Certificate of Service

I filed this document via ECF, which will email everyone requiring notice.

Dated: June 15, 2026                                    */s/ Tyler R. Green*
                                                        Counsel for Appellant