No. 25-6038

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| LINNEY'S PIZZA, LLC, | ) | |
| | ) | |
| Plaintiff - Appellant, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM, | ) | |
| | ) | |
| Defendant - Appellee, | ) | |
| | ) | |
| BANK POLICY INSTITUTE; CLEARING HOUSE ASSOCIATION, LLC, | ) | |
| | ) | |
| Proposed Intervenors. | ) | |

FILED
Jun 17, 2026
KELLY L. STEPHENS, Clerk

The plaintiff appeals the summary judgment for the defendant in this challenge to a regulation involving debit-card fees. The plaintiff moves for an extension of time to file its reply brief and also requests leave to file an oversized reply brief of up to 8,000 words.

Upon review, the motion is GRANTED. The plaintiff shall file its reply brief on or before July 13, 2026. Further, in light of the two briefs to which the plaintiff must reply, the plaintiff is afforded an extra 1,500 words for its reply brief.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk