UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: __25-6038__

Case Title: __Linney's Pizza, LLC__ vs. __Board of Governors of the Federal Reser__

List all clients you represent in this appeal:

__Consumer Action for a Strong Economy, The 60 Plus Association, Center for Individual Freedom, Institute for Policy Innovation, Center for a Free Economy, Independent Women's Forum__

☐ Appellant     ☐ Petitioner     ☑ Amicus Curiae     ☐ Criminal Justice Act
☐ Appellee      ☐ Respondent     ☐ Intervenor              (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: __Gerard Daniel Scimeca__     Signature: s/ __Gerard Daniel Scimeca__

Firm Name: __Consumer Action for a Strong Economy as General Counsel__

Business Address: __1800 Diagonal Road Suite 600__

City/State/Zip: __Alexandria, VA 22314__

Telephone Number (Area Code): __757-375-9559__

Email Address: __gds@caseforconsumers.org__

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

| CERTIFICATE OF SERVICE |
| --- |
| The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing. |

6ca-68
8/17