**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 19, 2026

**Notice of Oral Argument at 9:00 a.m. (Eastern Time) on Thursday, October 22, 2026**

Mr. Joshua Paul Chadwick
Board of Governors of the Federal Reserve System
20th & Constitution Streets, N.W., Mail Stop 10
Washington, DC 20551-0000

Mr. Tyler R. Green
Consovoy McCarthy
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101

Mr. Jeffrey Bryan Wall
Gibson, Dunn & Crutcher
1700 M Street, N.W., Suite 900
Washington, DC 20036-4504

Re: No. 25-6038, *Linney's Pizza, LLC v. Board of Governors of the FRS*

Dear Counsel:

Your case is scheduled for oral argument at **9:00 a.m. (Eastern Time) on Thursday, October 22, 2026,** before a three-judge panel of the Sixth Circuit Court of Appeals in Cincinnati, Ohio. The time allotted for oral argument is 25 minutes for Linney's Pizza; 15 minutes for Board of Governors FRS; 10 minutes for Bank Policy Institute and Clearing House Association, LLC. You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on www.ca6.uscourts.gov two weeks prior to argument.

Only attorneys who plan on presenting oral argument are required to file the *Oral Argument Acknowledgment form*. Please download this form from the website and file it by **September 2, 2026**.

On the day of oral argument, report to the Clerk's Office, Room 540 in the Potter Stewart United States Courthouse, located at the corner of Fifth and Walnut Streets in Cincinnati by **8:30 a.m. (Eastern Time)**. Court will convene at 9:00 a.m. Once you enter the courthouse, you must use the elevators on the Main Street (east) side to access the Clerk's Office on the fifth floor.

If you had previously requested oral argument but now wish to waive it, a motion to that effect should be filed with the court as soon as possible.

The panel may conclude, at a later date, that argument is not necessary. If that should occur, you will be notified immediately that argument is cancelled, and the case will be submitted on the briefs of the parties and the record. This possibility should be taken into account when making your travel arrangements, particularly in deciding whether to purchase refundable or non-refundable tickets for air travel.

An attorney who has been appointed under the Criminal Justice Act should make travel arrangements directly with National Travel, tel. (800) 445-0668. The Clerk's office has provided National Travel with the required Travel Authorization which pays for CJA travel the day before and day of oral argument. If you are a CJA appointed attorney and choose to make alternative arrangements, reimbursement will be limited to the lesser of the government rate for airfare or actual expenses.

Continuances of oral argument will be granted only in exceptional circumstances, upon the motion of counsel. Counsel is strongly discouraged from seeking continuances and, where such a request is to be made, the motion should be filed as soon as possible. **The filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.**

Sincerely yours,

s/Karen S. Fultz
Calendar Deputy

cc: Ms. Jennifer Kincaid Adams
Mr. Kwaku A. Akowuah
Ms. Sarah J. Auchterlonie
Mr. Philip Bartz
Ms. Laura Cannon
Mr. Frank Hyok Chang
Mr. Jonathan DeWitt
Mr. Christopher A. Eiswerth
Ms. Natalie A. Fleming Nolen
Ms. Yonatan Gelblum
Mr. David P. Germaine
Ms. Danielle Goldstein
Mr. Joseph Henchman
Ms. Jessica Limbaugh
Mr. Cody Milner
Ms. Yvonne Facchina Mizusawa
Ms. Monika Moore
Mr. Joseph R. Palmore
Mr. Stephen Michael Scannell
Mr. Gerard Daniel Scimeca
Mr. Shawn Toomey Sheehy
Mr. Daniel Robert Suhr
Mr. Joel Thayer
Mr. Adam G. Unikowsky
Mr. George F. Verschelden
Mr. Joshua Vincent