Case No. 25-6038

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

LINNEY'S PIZZA, LLC

Plaintiff - Appellant

v.

BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM

Defendant - Appellee

BANK POLICY INSTITUTE; CLEARING HOUSE ASSOCIATION, LLC

Proposed Intervenors

Upon consideration of the motion filed by Southwest Public Policy Institute, Taxpayers Protection Alliance and Pinpoint Policy Institute for leave to file Amicus Brief,

It is **ORDERED** that the motion be and it hereby is, **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: October 15, 2026